IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DONALD HUDSON, JR., | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-209 (LAG) (TQL) |
| | * |
| DR. ROLAND BROWN, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 12, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of April, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk